| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN |
|---|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | RECEIVED<br>U.S. MARSHAL | COURT CASE NUMBER<br>09 CR 330 |
|---|---|---|
| DEFENDANT<br>JERMAINE SMITH | 10 OCT 12 AM 10:44<br>N. DIST. OF ILL. | TYPE OF PROCESS PUBLICATION/<br>PRELIMINARY ORDER OF<br>FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**$78,571 UNITED STATES CURRENCY**

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) **C/O FEDERAL BUREAU OF INVESTIGATION**
**2111 WEST ROOSEVELT ROAD, CHICAGO, ILLINOIS 60608**

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

PATRICK J. FITZGERALD, UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
219 SOUTH DEARBORN, ROOM 500
CHICAGO, ILLINOIS 60604
ATTENTION: MATT MADDEN, AUSA

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

**PERSONAL SERVICE IS REQUIRED.**
**09-FBI-003774**

**PREPARED BY: K. ELLIS**

Signature of Attorney or other Originator requesting service on behalf of:
MATT MADDEN, AUSA     /s/ Matt Madden     ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER (312) 353-5300     DATE 10/8/10

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No._____ | District of Origin No._____ | District to Serve No._____ | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above): **Karianne Dugard Receptionist SSC**
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: **10/26/2010**   Time: **9:47 am**

Signature of U.S. Marshal or Deputy: **F Neal 4004**

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:   1 - DUSM
           1 - HR
           8 - Miles Round Trip

FILED
NOV 0 5 2010 NF
Nov 05 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PRIOR EDITIONS MAY BE USED     SEND ORIGINAL + 2 COPIES to USMS.     FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt

